| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Khora Health Solutions Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  84-1782909

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7088 Winchester Circle<br>Suite 100<br>Boulder, CO 80301<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Boulder<br>County | **Location of principal assets, if different from principal place of business**<br>410 Cloverleaf Dr. Baldwin Park, CA 91706<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  www.khorasolutions.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Khora Health Solutions Inc.**                                          Case number (*if known*) _____
             Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
|   |   | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|   |   | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|   |   | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|   |   | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|   |   | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|   |   | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|   |   | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 __5415__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
|   | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 7 |
|   |   | ☐ Chapter 9 |
|   |   | ■ Chapter 11. *Check **all** that apply*: |
|   |   | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
|   |   | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
|   |   | ☐ A plan is being filed with this petition. |
|   |   | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|   |   | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
|   |   | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
|   |   | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. |
|---|---|---|
|   |   | ☐ Yes. |

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Khora Health Solutions Inc.**       Case number (*if known*)
     Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor **See Rider 1**     Relationship **Affiliate**

    District **District of Delaware**    When _____    Case number, if known _____

11. **Why is the case filed in *this district*?**   *Check all that apply:*
    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ☒ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?**  _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☒ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Khora Health Solutions Inc.**  Case number (*if known*)
       Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Khora Health Solutions Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 28, 2022**
MM / DD / YYYY

X **/s/ Richard S. Willis**              **Richard S. Willis**
Signature of authorized representative of debtor    Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Laura Davis Jones**              Date **December 28, 2022**
Signature of attorney for debtor                 MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street
17th Floor
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-652-4100**     Email address **ljones@pszjlaw.com**

**2436 DE**
Bar number and State

## Rider 1 to Voluntary Petition

On December 9, 2022, each of the affiliated entities listed below, (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.

| Debtor Name | Relationship | Date Filed | Case Number | District |
|---|---|---|---|---|
| Medly Health, Inc. | Affiliate | 12/09/2022 | 22-11257 | Delaware |
| Care Well Pharmacy, Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11258 | Delaware |
| Grubbs Care Pharmacy NW Inc. dba Grubbs NW Specialty Pharmacy | Affiliate | 12/09/2022 | 22-11259 | Delaware |
| Marg Pharmacy, Inc. dba Medly Pharmacy dba LiRx | Affiliate | 12/09/2022 | 22-11260 | Delaware |
| Medly Atlanta Inc. | Affiliate | 12/09/2022 | 22-11261 | Delaware |
| Medly Enterprise LLC | Affiliate | 12/09/2022 | 22-11262 | Delaware |
| Medly Baltimore Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11263 | Delaware |
| Medly Queens Inc. dba Medly Pharmacy fka Medly DFCC | Affiliate | 12/09/2022 | 22-11264 | Delaware |
| Medly Bedford Ave Pharmacy Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11265 | Delaware |
| Medly Grand Central Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11266 | Delaware |
| Medly Raleigh Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11267 | Delaware |
| Medly Bristol Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11268 | Delaware |
| Medly Bronx Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11269 | Delaware |
| Medly San Antonio Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11270 | Delaware |
| Medly Houston Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11271 | Delaware |
| Medly Chicago Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11272 | Delaware |
| Medly Dallas Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11273 | Delaware |
| Medly Jersey City Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11274 | Delaware |
| Medly Stamford Inc. dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11275 | Delaware |

| Debtor Name | Relationship | Date Filed | Case Number | District |
|---|---|---|---|---|
| Medly DC Inc.<br>dba Grubbs NW Specialty Pharmacy | Affiliate | 12/09/2022 | 22-11276 | Delaware |
| Medly Orlando Inc.<br>dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11277 | Delaware |
| Medly Tampa Inc.<br>dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11278 | Delaware |
| Medly Mail Service Pharmacy LLC<br>Fka Valisurex LLC | Affiliate | 12/09/2022 | 22-11279 | Delaware |
| Medly UCHC Pharmacy Inc.<br>dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11280 | Delaware |
| Medly Utah Inc. | Affiliate | 12/09/2022 | 22-11281 | Delaware |
| Medly Miami Inc.<br>dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11282 | Delaware |
| Medly Pharmacy Inc. | Affiliate | 12/09/2022 | 22-11283 | Delaware |
| Pharmaca Integrative Pharmacy, Inc. | Affiliate | 12/09/2022 | 22-11284 | Delaware |
| Medly Pharmacy PA Inc.<br>dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11285 | Delaware |
| Tango340B LLC<br>fdba RPH Innovations LLC | Affiliate | 12/09/2022 | 22-11286 | Delaware |
| Medly Pittsburgh Inc.<br>dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11287 | Delaware |
| West Campbell Pharmacy Inc.<br>dba Medly Pharmacy | Affiliate | 12/09/2022 | 22-11288 | Delaware |

## Written Consent of the Sole Shareholder of Khora Health Solutions Inc.

Effective as of December 23, 2022

The undersigned, being the sole shareholder (the "**Sole Shareholder**") of **KHORA HEALTH SOLUTIONS INC.**, a California corporation (the "**Company**"), pursuant to laws of the state of California, does hereby consent to the adoption of the resolutions set forth below with the same force and effect as though adopted at a meeting duly called and held for the purpose of acting upon proposals to adopt such resolutions, and directs that this Written Consent of Sole Shareholder be filed in the records of the Company.

**WHEREAS**, the Sole Shareholder has reviewed the historical performance of the Company and the current and long-term liabilities of the Company;

**WHEREAS,** the Company's working capital has dissipated to the point where the Company will be unable to continue operations;

**WHEREAS,** the Company has contacted potential acquirers to discuss potential acquisitions of the Company;

**WHEREAS,** the Company has contacted qualified investors, including existing investors and creditors of the Company, seeking commitment for an equity investment or the provision of further financing;

**WHEREAS,** the Sole Shareholder has reviewed the materials presented by the management of and the advisors to the Company regarding the strategic alternatives available to the Company, including, without limitation, the proposals of the potential acquirers, investors, and creditors, and the impact of the foregoing on the Company's business and its stakeholders;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Sole Shareholder, it is desirable and in the best interests of the Company, its creditors, employees, stockholders, and other stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**RESOLVED**, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Companies in carrying out their duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

**RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Epiq Corporate Restructuring, LLC ("**Epiq**"), as claims and noticing agent, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq;

**RESOLVED**, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**RESOLVED**, that in the judgment of the Sole Shareholder, it is desirable and in the best interests of the Company that the Company sell substantially all of its assets and, therefore, the Company is hereby authorized to enter into one or more asset purchase agreements to effectuate such sale on such terms that management determines will maximize value, and the Company is further authorized to file motions to approve such sale and for any related relief, or to approve a sale to a higher and better bidder, and to close such sale, subject to Bankruptcy Court approval in the Company's chapter 11 proceedings;

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

**RESOLVED**, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the

purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects;

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Sole Member as of the date first written above.

**SOLE SHAREHOLDER:**

TANGO340B LLC

By: */s/ Richard Willis*
Name:  Richard Willis
Title:   Chief Executive Officer

*[SIGNATURE PAGE TO WRITTEN CONSENT OF SOLE SHAREHOLDER OF KHORA HEALTH SOLUTIONS INC.]*

**Fill in this information to identify the case:**

Debtor name: **Khora Health Solutions Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **Corporate Ownership Statement, List of Equity Holders and Creditor Matrix Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 28, 2022**    X /s/ Richard S. Willis
                                       Signature of individual signing on behalf of debtor

                                       **Richard S. Willis**
                                       Printed name

                                       **Chief Executive Officer**
                                       Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name   KHORA HEALTH SOLUTIONS INC. |
| United States Bankruptcy Court for the District of Delaware (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017 | Tel. (614) 757-5000<br>GMB-FSSW-PD-Vendor_M@cardinalhealth.com | Trade Debt | | | | $9,999,983.13 |
| 2. | Anda Inc<br>420 Montgomery Street<br>San Francisco, CA 94104 | David Swanson<br>David.Swanson@andanet.com | Trade Debt | | | | $1,225,240.25 |
| 3. | Morgan Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 2110 | Tatiana Savin<br>tatiana.savin@morganlewis.com | Professional Fees | | | | $1,063,361.26 |
| 4. | JA Carpentry Inc.<br>150 English Street<br>Hackensack, NJ 7601 | Jim Agresta<br>jim@jacbuild.com | Leasehold Improvements | | | | $1,059,991.38 |
| 5. | Workday Inc.<br>PO Box 886106<br>Los Angeles, CA 90088 | Seslie Sisneros<br>seslie.sisneros@workday.com | SaaS Subscriptions | | | | $891,897.47 |
| 6. | Seqirus<br>PO BOX 745986<br>Atlanta, GA 30374 | Sara Flubacher<br>sara.flubacher@seqirus.com | Trade Debt | | | | $830,292.03 |
| 7. | New York City Health and Hospital (2220) c/o RxStrategies<br>1900 Glades Road,<br>Boca Raton, FL 33431 | Casey McLennan<br>cmclennan@rxstrategies.com | 340B Reimbursement | | | | $661,369.17 |

DOCS_DE:241522.1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8. ZS Associates, Inc.<br>1560 Sherman Avenue<br>Evanston, IL 60201 | Peter Manoogian<br>peter.manoogian@zs.com | Professional Fees | | | | $562,000.00 |
| 9. Natural Factors<br>14224 167th Ave. SE<br>Monroe, WA 98272-2810 | Estela Alcaraz<br>ealcaraz@factorsgroup.com | Trade Debt | | | | $520,835.59 |
| 10. Uniweb Inc.<br>222 S Promenade Ave<br>Corona, CA 92879 | Marie Dare<br>mdare@uniwebinc.com | Furniture & Fixtures | | | | $506,112.74 |
| 11. Garden of Life<br>4200 Northcorp Parkway, Ste 200<br>Palm Beach Gardens, FL 33410 | Gertrude Morrow<br>gmorrow@gardenoflife.com | Trade Debt | | | | $426,852.94 |
| 12. New Chapter<br>PO Box 6055<br>Brattleboro, VT 05302-6055 | Joanne Scott<br>jscott@new-chapter.com | Trade Debt | | | | $419,042.84 |
| 13. Nordic Naturals<br>P.O. BOX 45845<br>San Francisco, CA 94145-0845 | Jeannie Durksen<br>jdurksen@nordic.com | Trade Debt | | | | $404,295.78 |
| 14. Impact Tech, Inc.<br>223 E. De La Guerra Street<br>Santa Barbara, CA 93101 | Erik Jacobsen<br>erik.jacobsen@impact.com | Professional Fees | | | | $402,981.12 |
| 15. Hudson River Healthcare<br>248 West 35th Street<br>New York, NY 10001 | Dora Badics<br>dbadics@rxstrategies.com | 340B Reimbursement | | | | $356,406.12 |
| 16. Zendesk, Inc<br>989 Market St<br>San Francisco, CA 94103 | Belen Martinez<br>belen.martinez@zendesk.com | SaaS Subscriptions | | | | $346,975.76 |
| 17. Pure Encapsulation<br>112 Technology Drive<br>Pittsburgh, PA 15275 | Jessica Colbert<br>jcolbert@atrium-innovations.com | Trade Debt | | | | $323,414.77 |
| 18. Brightpoint Health<br>71 W 23rd Street<br>New York, NY 10001 | Dora Badics<br>dbadics@rxstrategies.com | 340B Reimbursement | | | | $308,293.45 |
| 19. Jarrow Formulas<br>PO BOX 51916<br>Los Angeles, CA 90051-6216 | JARROW FORMULAS<br>monira@vytalogy.com | Trade Debt | | | | $294,808.31 |

Debtor  KHORA HEALTH SOLUTIONS INC.  Case number (*if known*)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20. CuraScript SD<br>PO Box 978510<br>Dallas, TX 75397 | Luisa Olan<br>lolan2@curascript.com | Trade Debt | | | | $282,121.18 |
| 21. LinkedIn<br>GF 11, Park Avenue, Parimal Gardens Cross Road, Ellisbridge<br>Ahmedabad, Gujarat 380006 | Francis Valderama<br>fvalderama@linkedin.com | Professional Fees | | | | $280,084.76 |
| 22. Sun River Health<br>1037 Main St.<br>Peekskill, NY 10566 | Dora Badics<br>dbadics@rxstrategies.com | 340B Reimbursement | | | | $276,038.09 |
| 23. Dr. Hauschka Skin Care<br>79 Main Street<br>Hartfield, MA 01038 | Kate Martin<br>KateM@drhauschka.com | Trade Debt | | | | $270,160.80 |
| 24. Gaia Herbs Inc.<br>P. O .BOX 639306<br>Cincinnati, OH 45263-9306 | Misty A. Worley<br>maw@gaiaherbs.com | Trade Debt | | | | $269,260.96 |
| 25. ANRO Inc.<br>931 S. Matlack Street<br>West Chester, PA 19382 | Jeanne Detwiler<br>jeanne.detwiler@anro.com | Storage Fees | | | | $248,690.55 |
| 26. Fungi Perfecti, LLC<br>P.O. Box 7634<br>Olympia, WA 98507 | Kay Briggs<br>kay.b@fungi.com | Trade Debt | | | | $248,686.01 |
| 27. Mintz, Levin, Cohn, Ferris, Glovsky & Popeo P.C.<br>PO Box 4539<br>Boston, MA 02212 | Samuel Effron<br>LMMoldawer@mintz.com | Professional Fees | | | | $233,200.39 |
| 28. Avtex Solutions LLC<br>PO Box 85660<br>Minneapolis, MN 55485 | Michelle Doy<br>lweierke@Avtex.com | Utilities | | | | $229,866.07 |
| 29. Thorne Research Inc.<br>620 Omni Industrial Blvd<br>Summerville, SC 29486 | Shelli Vaughn<br>SVaughn@thorne.com | Trade Debt | | | | $222,552.45 |
| 30. Zufall Health Center Inc.<br>18 W Blackwell St<br>Dover, NJ 7801 | Tel. (973) 328-9100<br>Fax (973) 328-9101 | 340B Reimbursement | | | | $220,836.47 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KHORA HEALTH SOLUTIONS INC., | Case No. 22-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

          Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐None [*check if applicable*]

    Name:        Tango340B LLC
    Address:     7088 Winchester Circle
                   Suite 100
                   Boulder, CO 80301

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KHORA HEALTH SOLUTIONS INC., | Case No. 22-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| RPH Innovations LLC | 7088 Winchester Circle Suite 100 Boulder, CO 80301 | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KHORA HEALTH SOLUTIONS INC., | Case No. 22-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**CERTIFICATION OF CREDITOR MATRIX**

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Medly Health Inc. (3391); Care Well Pharmacy, Inc. (9048); Grubbs Care Pharmacy NW Inc. (0490); Marg Pharmacy, Inc. (5838); Medly Atlanta Inc. (7312); Medly Baltimore Inc. (2354); Medly Bedford Ave Pharmacy Inc. (3690); Medly Bristol Inc. (4556); Medly Bronx Inc. (4741); Medly Chicago Inc. (5231); Medly Dallas Inc. (7581); Medly DC Inc. (9403); Medly Enterprise LLC (8898); Medly Grand Central Inc. (1741); Medly Houston Inc. (7443); Medly Jersey City Inc. (5677); Medly Mail Service Pharmacy LLC (9203); Medly Miami Inc. (8101); Medly Orlando Inc. (7581); Medly Pharmacy Inc. (4606); Medly Pharmacy PA Inc. (8494); Medly Pittsburgh Inc. (8381); Medly Queens Inc. (9623); Medly Raleigh Inc. (5140); Medly San Antonio Inc. (9973); Medly Stamford Inc. (4966); Medly Tampa Inc. (5128); Medly UCHC Pharmacy Inc. (6672); Medly Utah Inc. (4648); Pharmaca Integrative Pharmacy, Inc. (0334); Tango340B LLC (4781); West Campbell Pharmacy Inc. (2931); RPH Innovations LLC (4781); and Khora Health Solutions Inc. (2909). The Debtors' business address is 7088 Winchester Circle, Suite 100, Boulder CO 80301.

DOCS_DE:241522.1